THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| HEATH GABRIEL DEHART,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>ALLY FINANCIAL INC.,<br><br>　　　　　　Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 4:23-cv-00074-DN-PK<br><br>District Judge David Nuffer |

IT IS ORDERED AND ADJUDGED THAT

Plaintiff's Complaint and this action are DISMISSED without prejudice.

The Clerk is directed to close the case.

Signed January 23, 2024.

BY THE COURT

_____
David Nuffer
United States District Judge